# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINCY SIMS,<br><br>    Petitioner,<br><br>  v.<br><br>M. D. BITER,<br><br>    Respondent. | Case No. 1:15-cv-00828-SMS<br><br>ORDER DISMISSING THE PETITION WITHOUT PREJUDICE<br><br>Doc. 7 |

Petitioner Quincy Sims is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Doc. 1. Plaintiff has consented to magistrate judge jurisdiction. Doc. 5. The Court dismissed the petition for failure to exhaust state remedies with leave to file an amended petition reflecting exhaustion. Doc. 6.  Instead, Petitioner filed a "motion to voluntary[il]y withdraw and to dismiss this claim without prejudice," requesting that the court allow him to voluntarily withdraw and to dismiss his claim without prejudice in order to allow him to fully exhaust state remedies. Doc. 7 at p.1.

**ORDER**

Accordingly, it is hereby ORDERED that the above-captioned petition is DISMISSED without prejudice.

IT IS SO ORDERED.

Dated:   **November 18, 2015**          **/s/ Sandra M. Snyder**
                                                                    UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28